MINUTE ENTRY

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-04-00021                     March 25, 2005
          10:40 a.m

UNITED STATES OF AMERICA -v- STEVEN TEREGEYO

PRESENT: HON. ALEX R. MUNSON, Chief Judge Presiding
  SANAE SHMULL,  Court Reporter
  K. LYNN LEMIEUX,  Deputy Clerk
  PATRICK SMITH, Assistant U. S. Attorney
  MARK HANSON,  Counsel for Defendant

PROCEEDING:    BAIL HEARING

  Attorney Mark Hanson was present on behalf of defendant Teregeyo.  Government by Patrick Smith, AUSA.

  Court stated that a stipulation was received, signed by both parties, stating that the defendant wished to accompany his wife to Guam to attend an immigration hearing.

  Defendant was sworn and examined by the Court.

  Court, after examination, ordered that the defendant be allowed temporary release on the following conditions:

  1. That the defendant and his wife sign an unsecured bond of $100,000;

  2. That the defendant be released from custody at 3:00 a.m. on March 28, 2005 to accompany his wife to Guam for an Immigration Hearing and that he return to Saipan to turn himself back in at 7:00 p.m., on the same date, at the Kagman Facility;

  3. That the defendant not use his passport to travel to Guam; that he not attempt to retrieve his current passport or use his expired passport; that he not attempt to obtain any new travel documents or passport.

  4. That the defendant's travel be limited to Saipan-Guam-Saipan and that this travel be in the company of his wife;

  5. That for any reason that his flight back to Saipan is cancelled or delayed that he turn himself in to the U.S. Marshal on Guam.

  Defendant was remanded back into the custody of the U.S. Marshal.

        Adjourned  at 10:50 a.m.


        K. Lynn Lemieux, Courtroom Deputy
;    [ACH EOD 03/25/2005]