```
MINUTE ENTRY  CR- 04-00021                        April 6, 2005
         8:10 a.m.
```

UNITED STATES OF AMERICA -v- STEVEN C. TEREGEYO

PRESENT: HON. ALEX R. MUNSON, Chief Judge Presiding
  SANAE N. SHMULL, Official Court Reporter
  TINA T. PANGELINAN, Deputy Clerk
  PATRICK J. SMITH, Assistant U. S. Attorney
  BRUCE BERLINE,  Counsel for Defendant
  STEVEN C. TEREGEYO, Defendant

PROCEEDING: SENTENCING

 Defendant was present with his court appointed counsel, Attorney Bruce Berline. Government by Patrick J. Smith, AUSA.  Also present was U.S. Probation Officer, Margarita Wonenberg.

 No objection by the government of the amended presentence report.  Counsel for defendant had some corrections to the report.  Court so noted.

 Court adopted the amended presentence investigation report and instructed the Clerk to file the report, under seal, and that the report be made available if the judgment is appealed.  The probation officer's recommendation shall also be placed under seal.  No objection by the parties.
 Government recommended the lowest end of the sentencing guidelines.  Defense recommended the lowest end of the sentencing guidelines.  Defendant gave his allocution.

 SENTENCE:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant STEVEN C. TEREGEYO is hereby sentenced to a term of imprisonment of 70 months imprisonment with credit for time served.  Following sentencing, the defendant shall be placed on supervised release for a period of four years.  The term of supervised release will include the following conditions:

 1.  The defendant shall not commit another federal, state, or local crime;

 2.  The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance.  He shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter for use of a controlled substance;

 3.  The shall submit to the collection of a DNA sample at the direction of the U. S. Probation Office;

 4.  The defendant shall comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission and codified under 18 U. S. C. §3583;

 5.  The defendant shall be prohibited from possessing a firearm or other dangerous weapon and shall not have such at his residence;

 6.  The defendant shall refrain from the use of all alcoholic beverages;

 7.  The defendant shall participate in a program approved by the U.S. Probation

Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The defendant shall also make co-payment for the program at a rate to be determined by the U.S. Probation Office; and

 8.  The defendant shall perform 250 hours of community service under the direction of the U.S. Probation Office.

 Court ordered that the defendant pay a $100.00 assessment fee.  All fines were waived.

 No objection to the sentence by the attorneys.  Defendant was advised of his right to appeal the sentence;  if he or his attorney feel that there is a reason to appeal they must do so within 10 days. Further, the defendant was advised of his right to an attorney for appeal.  Government moved to dismiss counts II and III.  Court so ordered.  The Court remanded the defendant back into the custody of the United States Marshal.

      Adj. 8:35 a.m.


      Tina T. Pangelinan, Deputy Clerk;    [MCM EOD 04/06/2005]